## DODSON v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 82, September Term, 1962.]

*Decided April 15, 1963.*

Before the full Court.

PER CURIAM.

For the reasons set forth in Judge Bowie's careful and thorough opinion in these proceedings below, the application for leave to appeal is denied.